**YOUNG BOK SONG, Plaintiff–Appellant,**

v.

**James WELCH, Police Officer; Michael Fitzgerald, Police Officer; Roberto Rivera, Police Officer, Defendants–Appellees.**

No. 10–7036.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 27, 2011.

Decided: Feb. 14, 2011.

Young Bok Song, Appellant Pro Se. Kathryn Stewart Lehman, James Carlton Thornton, Parker, Poe, Adams & Bernstein, LLP, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Young Bok Song appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Song v. Welch*, No. 5:09–cv–00072–D, 2010 WL 2813305 (E.D.N.C. July 16, 2010). We deny Song's motions to appoint counsel and an interpreter. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*